IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

PERRY ADRON MCCULLOUGH, )
)
    Plaintiff, )
)
v. )
) Case No.  CIV-25-1116-SLP
UNITED STATES OF AMERICA, )
)
    Defendant. )
)
)

**O R D E R**

    Before the Court is Plaintiff's Notice of Withdrawal [Doc. No. 9] wherein Plaintiff seeks to "withdraw[] the above-captioned case."  The Court construes Plaintiff's filing as a notice of dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to "dismiss an action without a court order . . . before the opposing party serves either an answer or a motion for summary judgment[.]"  Here, Defendant has not filed an answer or summary judgment motion. *See De Leon v. Marcos,* 659 F.3d 1276, 1283 (10th Cir. 2011) (noting that because the defendant had filed a motion to dismiss rather than an answer or motion for summary judgment, the plaintiff "could have dismissed the case unilaterally under Rule 41(a)(1)(A)(i)").  Accordingly, Plaintiff's filing is a self-executing termination of this action and no further action by the Court is required. *See id.* ("A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits."); *id.* ("a voluntary dismissal is self-executing, i.e., it is effective at the moment the notice is filed with the

clerk and no judicial approval is required" (quoting *Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003))).

IT IS SO ORDERED this 9th day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

2